IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT DARDEN,<br>　　Plaintiff, | )<br>)<br>) |
| v. | )　　3:05-CV-0703-M |
| DALLAS COUNTY JAIL, et al.,<br>　　Defendants. | )<br>)<br>) |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the magistrate judge, I am of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions and recommendation of the magistrate judge are ACCEPTED, and that Plaintiff's claims against the Dallas County Jail, the Dallas County Sheriff Department, and Corrame A. Godbolt are DISMISSED with prejudice as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(i).

IT IS FURTHER ORDERED that the Clerk shall prepare and issue SUMMONS as to the following Defendants: the University of Texas Medical Branch (UTMB), c/o John D. Stobo, Administration Building, Suite 604, 301 University Blvd., Galveston, Texas 77555, and Dr. Steven Bowers, Dallas County Jail, Medical Department, 3rd Floor, 111 Commerce Street, Dallas, Texas 75202. The summons should be delivered to the United States Marshal for service of process pursuant to Rule 4, Federal Rules of Civil Procedure, along with a copy of the

questionnaires (Docket #15, # 17 and #18).

The Clerk will mail a copy of this order to Plaintiff.

SIGNED this _23_ day of _November_, 2005.

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE